# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Custom Manufacturing & Engineering, Inc. | ) ASBCA Nos. 58899, 58900 |
| | ) |
| Under Contract No. DAAB07-01-D-G600 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:  Michael Crews, Esq.
General Counsel

APPEARANCES FOR THE GOVERNMENT:  Arthur M. Taylor, Esq.
DCMA Chief Trial Attorney
Alexander M. Healy, Esq.
Trial Attorney
Defense Contract Management Agency
Boston, MA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: December 13, 2018

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58899, 58900, Appeals of Custom Manufacturing & Engineering, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals